**DISMISS and Opinion Filed October 20, 2021**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00031-CV**

**DRISTI SHRESTHA, Appellant**

**V.**

**ENYA HERNANDEZ GONZALEZ, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-02805-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Seeking to appeal the trial court's interlocutory summary judgment that granted Enya Gonzalez's amended bill of review and set aside a no-answer default judgment against Gonzalez in a personal injury suit, Dristi Shrestha has filed a petition for permissive appeal. We deny the petition and dismiss the appeal for want of jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(f); TEX. R. APP.

P. 42.3(a); *Workers' Comp. Sol. v. Tex. Health, L.L.C.*, No. 05-15-01504-CV, 2016 WL 945571, at *1 (Tex. App.—Dallas Mar. 14, 2016, no pet.) (mem. op.).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210031F.P05



# Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

DRISTI SHRESTHA, Appellant

No. 05-21-00031-CV      V.

ENYA HERNANDEZ GONZALEZ, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-19-02805-E.
Opinion delivered by Chief Justice Burns, Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Enya Hernandez Gonzalez recover her costs, if any, of this appeal from appellant Dristi Shrestha.

Judgment entered October 20, 2021.